IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YURIY S. EPSHTEYN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| POLICE DEPARTMENT OF UPPER | : | NO. 14-6811 |
| PROVIDENCE TOWNSHIP DELAWARE | : | |
| COUNTY PA, et al. | : | |

## ORDER

AND NOW, this 8th day of December, 2014, upon consideration of plaintiff's motion for leave to proceed *in forma pauperis* and *pro se* complaint it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The compliant is DISMISSED with prejudice for the reasons set forth in the Court's Memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ Legrome D. Davis
LEGROME D. DAVIS, J.